**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Danah D. DIGGS, Defendant—
Appellant.**

Nos. 04–6193, 04–6259.

United States Court of Appeals,
Fourth Circuit.

Submitted March 11, 2004.

Decided March 19, 2004.

Danah D. Diggs, Appellant pro se. Robert Lucas Hobbs, Assistant United States Attorney, Abingdon, Virginia; Eric Matthew Hurt, Office of the United States Attorney, Newport News, Virginia, for Appellee.

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Danah D. Diggs appeals the district court's orders denying her motion for a downward departure and motion to correct sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Diggs,*

No. CR–01–02 (W.D.Va. Nov. 14, 2003; Jan. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*